# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00077(1)-ADA |
| | § | |
| (1) MARCELO OLVERA-MORENO | § | |

## **ORDER**

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 10, 2025, wherein the defendant (1) MARCELO OLVERA-MORENO waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MARCELO OLVERA-MORENO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) MARCELO OLVERA-MORENO's plea of guilty to Count One (1) is accepted.

    Signed this 7th day of July, 2025.

                                                          _____
                                                          ALAN D ALBRIGHT
                                                          UNITED STATES DISTRICT JUDGE